PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

MAY 16 2005

Robert R. Di Trolio, Clerk
U. S. DIST COURT
W. D. OF TN, MEMPHIS

United States of America )
)
vs )
)
) Case No. 05-20077-02
Greg Long )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Greg Long, have discussed with Stephanie K. Denton, Pretrial Services Officer, modification of my release condition as follows:

Participate in mental health treatment if deemed advisable by Pretrial Services.

I consent to this modification of my release conditions and agree to abide by this modification.

_Bill Anderson, atty_  5/9/05    _Stephanie K Denton_  5/2/05
Signature of Defendant    Date    Pretrial Services Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_    5-2-05
Signature of Defense Counsel    Date

[X] The above modification of conditions of release is ordered, to be effective on May 16, 2005

[ ] The above modification of conditions of release is <u>not</u> ordered.

_Duane K. Thoscuto_  May 16, 2005
Signature of Judicial Officer    Date

(53)

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  5-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:05-CR-20077 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

William C. Anderson
ANDERSON LAW FIRM
142 North Third St.
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT